STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
TYLER R. AUSTIN (SBN 293977)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

JASON A. POLLACK (SBN 173173)
LAW OFFICES OF JASON A. POLLACK
10940 Wilshire Blvd., 18th Floor
Los Angeles, California 90024
Telephone: (310) 824-8733
Facsimile: (310) 824-9606

Attorney for Plaintiff
MICHAEL MARTIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARTIN, | CASE NO. 1:16-CV-00338-LJO-MJS |
| Plaintiff, | |
| vs. | **ORDER RE: STIPULATION TO PARTIALLY REVISE THE COURT'S SCHEDULING ORDER** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 25, | |
| Defendants. | |

743060

The Court, having reviewed the parties' Stipulation to Partially Revise the Court's Scheduling Order, hereby **GRANTS** the parties request. The new deadlines are as follows:

| Event | Current Deadline | Requested New Deadline |
|---|---|---|
| 1. Non-Expert Discovery Cut-Off | February 6, 2017 | March 6, 2017 |
| 2. Expert Disclosure | March 7, 2017 | April 7, 2017 |
| 3. Supplemental/Rebuttal Expert Disclosure | March 14, 2017 | April 14, 2017 |
| 4. Expert Discovery Cut-Off | May 1, 2017 | June 1, 2017 |
| 5. Non-Dispositive Motion Filing Deadline | May 1, 2017 | Unchanged |
| 6. Dispositive Motion Filing Deadline | May 22, 2017 | Unchanged |
| 7. Dispositive Motion Hearing Date | June 28, 2017 | Unchanged |
| 8. Pretrial Conference | August 15, 2017 | Unchanged |
| 9. Jury Trial | September 26, 2017 | Unchanged |

IT IS SO ORDERED.

Dated:   January 11, 2017              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE

743060                                     -1-
**ORDER RE: STIPULATION TO PARTIALLY REVISE COURT'S SCHEDULING ORDER – Case No. 1:16-cv-00338-LJO-MJS**