STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
TYLER R. AUSTIN (SBN 293977)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

JASON A. POLLACK (SBN 173173)
LAW OFFICES OF JASON A. POLLACK
10940 Wilshire Blvd., 18th Floor
Los Angeles, California 90024
Telephone: (310) 824-8733
Facsimile: (310) 824-9606

Attorney for Plaintiff
MICHAEL MARTIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARTIN, | CASE NO. 1:16-CV-00338-LJO-MJS |
| Plaintiff, | |
| vs. | **STIPULATION TO PARTIALLY REVISE THE COURT'S SCHEDULING ORDER** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 25, | |
| Defendants. | |

Plaintiff Michael Martin and State Farm Mutual Automobile Insurance Company ("State Farm"), by and through their respective counsel, hereby stipulate to revise the Court's June 17, 2016 Scheduling Order (Dkt. 9), as partially revised (Dkt 13), as follows:

**I. RECITALS**

1. This action arises out of State Farm's denial of plaintiff, Michael Martin's motorcycle theft claim under a State Farm auto policy.

2. State Farm still has not been able to locate a significant third party witness, named John Baldizan, for purposes of serving a deposition and document subpoena. Mr. Baldizan appraised the motorcycle at issue before the theft, and his appraisal is a significant issue in the lawsuit. State Farm has made diligent efforts to locate Mr. Baldizan throughout both the investigation of plaintiff's claim and throughout the discovery process in this litigation. State Farm's private investigator has continued to attempt to locate Mr. Baldizan, thus far to no avail. Mr. Baldizan's testimony could significantly impact the scope of further discovery, and could facilitate resolution of this matter.

3. If State Farm is unable to locate Mr. Baldizan within the discovery cutoff set forth in this stipulation, State Farm will not request another continuance of these deadlines.

4. The parties do not seek to continue any dates or deadlines other than fact and expert discovery.

**II. STIPULATION**

The parties hereby stipulate, and request approval of the following revisions to the Court's Scheduling Order:

| Event | Current Deadline | Requested New Deadline |
|---|---|---|
| 1. Non-Expert Discovery Cut-Off | March 6, 2017 | April 6, 2017 |
| 2. Expert Disclosure | April 7, 2017 | May 8, 2017 |
| 3. Supplemental/Rebuttal Expert Disclosure | April 14, 2017 | May 15, 2017 |
| 4. Expert Discovery Cut-Off | June 1, 2017 | June 16, 2017 |

| | | | |
|---|---|---|---|
| 5. | Non-Dispositive Motion Filing Deadline | May 1, 2017 | Unchanged |
| 6. | Dispositive Motion Filing Deadline | May 22, 2017 | Unchanged |
| 7. | Dispositive Motion Hearing Date | June 28, 2017 | Unchanged |
| 8. | Pretrial Conference | August 15, 2017 | Unchanged |
| 9. | Jury Trial | September 26, 2017 | Unchanged |

All other deadlines in the case to remain the same, including the dispositive motion deadline, pretrial conference, and trial.

Dated: February 21, 2017          HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By     */S/ Stephen P. Ellingson*
          STEPHEN M. HAYES
          STEPHEN P. ELLINGSON
          TYLER R. AUSTIN
          Attorneys for Defendant
          STATE FARM MUTUAL AUTOMOBILE
          INSURANCE COMPANY


Dated: February 21, 2017          LAW OFFICES OF JASON A. POLLACK

By     */S/ Jason A. Pollack*
          JASON A. POLLACK
          Attorney for Plaintiff
          MICHAEL MARTIN

# **ORDER**

The Court, having reviewed the parties' Stipulation to Partially Revise the Court's Scheduling Order, hereby **GRANTS** the parties request. The new deadlines for case 1:16-CV-00338-LJO-MJS, Michael Martin v. State Farm Mutual Automobile Insurance Company are as follows:

| Event | Current Deadline | Requested New Deadline |
|---|---|---|
| 1. Non-Expert Discovery Cut-Off | March 6, 2017 | April 6, 2017 |
| 2. Expert Disclosure | April 7, 2017 | May 8, 2017 |
| 3. Supplemental/Rebuttal Expert Disclosure | April 14, 2017 | May 15, 2017 |
| 4. Expert Discovery Cut-Off | June 1, 2017 | June 16, 2017 |
| 5. Non-Dispositive Motion Filing Deadline | May 1, 2017 | Unchanged |
| 6. Dispositive Motion Filing Deadline | May 22, 2017 | Unchanged |
| 7. Dispositive Motion Hearing Date | June 28, 2017 | Unchanged |
| 8. Pretrial Conference | August 15, 2017 | Unchanged |
| 9. Jury Trial | September 26, 2017 | Unchanged |

IT IS SO ORDERED.

Dated:   February 21, 2017          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE