UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARTIN, | Case No.: 1-16-cv-00338-SEH |
| Plaintiff, | |
| v. | ORDER |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1-25 Inclusive, | |
| Defendants. | |

The Court will conduct a telephonic status conference with counsel at 9:00 a.m. (PT) (10:00 a.m. (MT)) on March 9, 2017, to address, *inter alia*, scheduling of hearings on pretrial motions, admission of discovery and deposition testimony at trial, admission of exhibits at trial, and related pretrial and trial management issues.

The Court will initiate the call. Counsel shall file a notice stating the number at which they may be reached for the call on or before March 8, 2017.

DATED this 7th day of March, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge