# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1-25 Inclusive,<br><br>　　　　Defendants. | Case No.: 1-16-cv-00338-SEH<br><br>**ORDER** |

The parties having filed a Notice of Settlement,

ORDERED:

1.　All deadlines are VACATED.

2.　The hearings set for June 20, 2017, and August 8, 2017, are VACATED.

3.　The final pretrial conference set for August 29, 2017, and trial set for September 26, 2017, are VACATED.

4.　The parties shall file a stipulation for dismissal and proposed order of dismissal within 45 days of the date of this Order.

DATED this 22nd day of March, 2017.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

1